# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

US BANK TRUST N.A., AS
TRUSTEE FOR LSF11
MASTER PARTICIPATION TRUST,

    Plaintiff,

v.                                      CASE NO. 5:23cv207-RH-MJF

SOLOMON W. BROWN,

    Defendant.

_____/

## ORDER OF REMAND

The plaintiff filed this action in state court. The defendant has removed the action to this court. The action is before the court on the magistrate judge's report and recommendation, ECF No. 7, and the objections, ECF No. 8. I have reviewed de novo the issues raised by the objections.

As the report and recommendation correctly concludes, the defendant had no basis for removing this action from state court. The well-pleading complaint asserts only state-law claims. The defendant has not asserted diversity of citizenship, and as an in-state defendant, the defendant could not properly have

removed based on diversity, even had he filed a timely notice of removal on that basis, which he did not.

In asserting the action is removable, the defendant completely misunderstands the concept of removal jurisdiction. This court does not sit to review a state court's judgments—and a litigant's assertion of a federal defense or of unconstitutional conduct within a state-court proceeding is not a basis for removal. Nor is there any other ground for removal of this action.

This order uses the proper case style, not the style improperly used by the defendant in his notice of removal. Unless otherwise ordered, the alignment of parties stays the same upon removal of an action from state court—a defendant cannot transform himself from a defendant to a "petitioner."

IT IS ORDERED:

The report and recommendation is accepted. The case is remanded to the Circuit Court, Fourteenth Judicial Circuit, Gulf County, Florida. The clerk must take all steps necessary to effect the remand.

SO ORDERED on September 15, 2023.

s/Robert L. Hinkle<br>United States District Judge

Case No. 5:23cv207-RH-MJF